CENTER FOR DISABILITY ACCESS
MARK POTTER, ESQ., SBN 166317
Bree Durso, Esq., SBN 307198
100 Pine St., Ste 1250
San Francisco, CA 94111
Tel: (858) 375-7385
Fax: (888) 422-5191
breed@potterhandy.com
Attorneys for Plaintiff

DPA ATTORNEYS AT LAW
Darshan Patel, Esq. (SBN 312423)
Matthew Arnold, Esq. (SBN 327647)
Email: marnold@dpaattorneys.com
1650 Hotel Circle North, Suite 120
San Diego, CA 92108
Telephone: 760-372-0007
Attorneys for Defendant
Adit, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**,<br><br>　　Plaintiff,<br><br>　v.<br><br>**Adit LLC, A California Limited Liability Company;** and Does 1-10,<br><br>　　Defendants | Case No.: 2:21-cv-03109-DSF-E<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>**[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

IT IS SO STIPULATED.

1

Joint Stipulation for Dismissal

Dated: March 9, 2023              CENTER FOR DISABILITY ACCESS

                                  By: */s/ Bree Durso*
                                  Bree Durso, Esq.
                                  Attorney for Plaintiff


Dated: March 9, 2023              DPA ATTORNEYS AT LAW

                                  By: */s/ Matthew Arnold*
                                  Matthew Arnold, Esq.
                                  Attorney for Defendant


**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: March 9, 2023              CENTER FOR DISABILITY ACCESS

                                  By: */s/Bree Durso*
                                  Bree Durso, Esq.
                                  Attorney for Plaintiff